# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EARRIOUS MOORE and EBONY GILMORE, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:17-cv-8163 |
| v. | Hon. Judge Amy J. St. Eve |
| HEALTHCARE SERVICES GROUP, INC., a Pennsylvania corporation, | Hon. Magistrate Judge Maria Valdez |
| *Defendant*. | |

## MOTION TO STAY PROCEEDINGS

Healthcare Services Group, Inc., by and through undersigned counsel, hereby moves to stay this case pending the United States Supreme Court's decision in the matter captioned *Epic Systems, Corp. v. Lewis*, No. 16-285, and the Illinois Appellate Court's decision in the matter captioned *Six Flags Entertainment Corp. v. Rosenbach*, No. 2-17-0317 (Ill. App. 2nd. Dist.), and to exclude this matter from the Mandatory Initial Discovery Pilot Project. The grounds for this Motion are set forth in Healthcare Services Group's Memorandum of Law in Support of its Motion to Stay Proceedings (the "Memorandum"), filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in its Memorandum, Healthcare Services Group, Inc. respectfully requests this Honorable Court to: (i) enter a temporary stay of all proceedings in this action pending the United States Supreme Court's final disposition of *Epic Systems Corp. v. Lewis*, No. 16-285 and the Illinois Appellate Court's decision in the matter captioned *Six Flags Entertainment Corp. v. Rosenbach*, No. 2-17-0317 (Ill. App. 2nd. Dist.), (ii) excuse this case from the Mandatory Initial Discovery Pilot Program, and (iii) award all other relief it deems equitable and just.

Dated: November 17, 2017 **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ David S. Almeida

David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Healthcare Services Group, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system.

                /s/ David S. Almeida