# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EARRIOUS MOORE and EBONY GILMORE, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:17-cv-8163 |
| v. | Hon. Judge Amy J. St. Eve |
| HEALTHCARE SERVICES GROUP, INC., a Pennsylvania corporation, | Hon. Magistrate Judge Maria Valdez |
| *Defendant*. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 28, 2017, at 8:30 a.m., the undersigned will appear before the Honorable Judge Amy J. St. Eve or any judge sitting in her stead in Courtroom 1241 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present Healthcare Services Group, Inc.'s Motion to Stay Proceedings.

Dated: November 17, 2017   **BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

By:   /s/ David S. Almeida

David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Healthcare Services Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system.

                                                /s/ David S. Almeida