UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EARRIOUS MOORE and EBONY GILMORE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>HEALTHCARE SERVICES GROUP, INC., a Pennsylvania corporation,<br><br>    *Defendants*. | Case No. 1:17-cv-8163<br><br>Hon. Judge Amy J. St. Eve<br><br>Hon. Magistrate Judge Maria Valdez |

**DEFENDANT'S UNOPPOSED MOTION TO RESET STATUS HEARING**

Healthcare Services Group, Inc. ("Defendant"), by and through undersigned counsel, and for their Unopposed Motion for Extension of Time to Rest Status Hearing respectfully states as follows:

1. On October 11, 2017, Plaintiffs Earrious Moore and Ebony Gilmore commenced this litigation by filing a complaint against Defendant in the Circuit Court of Cook County, Illinois, Chancery Division. (*See* DE 1-1.)

2. Plaintiffs served Defendant on October 12, 2017, and on November 10, 2017, Defendant timely removed the action to this Court. (DE 1.)

3. On November 14, 2017, this Court set an initial status hearing for November 29, 2017, with a joint status report to be filed by November 27, 2017. (DE 7.)

4. On November 17, 2017, Defendant moved to stay this case in its entirety pending the United States Supreme Court's forthcoming decision in *Epic Systems, Corp. v. Lewis*, No. 16-285 and the Illinois Appellate Court's forthcoming decision in *Six Flags Entertainment v. Rosenbach*, No. 2-17-0317 (Ill. App. 2d Dist.). (*See* DE 12-13.)

5. As a result of the Thanksgiving holiday, the earliest date Defendant was able to notice its motion for was November 28, 2017. (*See* DE 14.)

6. In order to determine how the Court wants to proceed with regard to setting a schedule in this case in light of Defendant's pending Motion to Stay, Defendant respectfully requests that this Court reset the Initial Status Hearing for December 6, 2017, with the joint status report to be filed by December 4, 2017.

7. On November 21, 2017, counsel for Defendant contacted Mr. Eli Wade-Scott, counsel for Plaintiff and the putative class, and requested an extension of the Initial Status Hearing date. Mr. Wade-Scott stated that he had no objection to Defendant's request to reset the Initial Status Hearing to December 6, 2017 and joint status report deadline to December 4, 2017.

WHEREFORE, Healthcare Services Group, Inc. respectfully requests this Honorable Court to enter an order (i) resetting the Initial Status Hearing to December 6, 2017; (ii) resetting the deadline for the joint status report to December 4, 2017; and (iii) granting all such other relief it deems equitable and just.

Dated: November 22, 2017      **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ David S. Almeida

David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Healthcare Services Group, Inc.*

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION TO RESET STATUS HEARING** was served upon all interested parties using this Court's ECF filing system this 22nd day of November, 2017.

                                                /s/ David S. Almeida