# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EARRIOUS MOORE and EBONY GILMORE, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:17-cv-8163 |
| v. | Hon. Judge Amy J. St. Eve |
| HEALTHCARE SERVICES GROUP, INC., a Pennsylvania corporation, | Hon. Magistrate Judge Maria Valdez |
| *Defendants*. | |

## NOTICE OF FILING

Pursuant to this Court's request at the March 28, 2018 status hearing, Defendant Healthcare Services Group, Inc. hereby provides this Court a copy of the Illinois Appellate Court's decision in *Rosenbach v. Six Flags Entertainment*, 2017 IL App (2d) 170317, attached as Exhibit A hereto.

Dated: March 28, 2018

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: /s/ David S. Almeida
David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Healthcare Services Group, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court and that copies of the foregoing were transmitted to all parties of record via the Court's CM/ECF electronic filing system.

                                      /s/ David S. Almeida