IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EARRIOUS MOORE and EBONY GILMORE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 1:17-cv-8163<br><br>Hon. Andrea R. Wood<br><br>Hon. Magistrate Judge Maria Valdez |

**JOINT STIPULATION TO REMAND ACTION**
**TO THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Plaintiffs Earrious Moore and Ebony Gilmore ("Plaintiffs") and Defendant Healthcare Services Group, Inc. ("Defendant") (collectively, the "Parties"), hereby stipulate and agree, by and through their undersigned counsel, to remand this action (the "Action") to the Circuit Court of Cook County, Illinois, County Department, Chancery Division. In support of this stipulation, the Parties state as follows:

1. On October 11, 2017, Plaintiff filed the Action in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, where it was captioned *Moore v. Healthcare Services Group, Inc.*, 2017 CH 13658.

2. On November 10, 2017, Defendant filed a Notice of Removal removing the Action to the Northern District of Illinois pursuant to 28 U.S.C. § 1441.

3. In order to preserve judicial resources and to avoid unnecessary motion practice related to subject matter jurisdiction, the Parties have conferred and agreed to the remand of the Action to the Circuit Court of Cook County.

1

4. By stipulating to remand, Defendant is not intending to waive or to take any action in contravention of its right to compel arbitration of this matter in the Circuit Court of Cook County, but is so stipulating solely to avoid motion practice concerning subject matter jurisdiction.

5. Each party agrees to bear its own fees and costs related to the removal at this time. Plaintiffs reserve their rights to seek attorneys' fees and costs as provided by the Illinois Biometric Information Privacy Act, 740 ILCS 14/20(3), should they prevail in this action.

WHEREFORE, the Parties request that:

1. The above-captioned action be remanded to the Circuit Court of Cook County, Illinois, County Department, Chancery Division; and

2. The Clerk of the Court mark the Action as closed.

**IT IS SO STIPULATED.**

          Respectfully submitted,

**EARRIOUS MOORE and EBONY GILMORE, on behalf of themselves and all others similarly situated**

Dated: June 11, 2018    By:    /s/ J. Eli Wade-Scott
*One of Plaintiffs' Attorneys*

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

        David J. Fish
fish@fishlawfirm.com
John C. Kunze
kunze@fishlawfirm.com
Kimberly A. Hilton
khilton@fishlawfirm.com
THE FISH LAW FIRM
200 East 5th Avenue, Suite 123
Naperville, Illinois 60563
Tel.: (630) 355-7590
Fax: (630) 778-0400

**HEALTHCARE SERVICES GROUP, INC.**

By: /s/ David S. Almeida
*One of Defendant's Attorneys*

David S. Almeida
dalmeida@beneschlaw.com
Mark S. Eisen
meisen@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Tel: (312) 212-4949
Fax: (312) 767-9192

## **CERTIFICATE OF SERVICE**

      I, J. Eli Wade-Scott, an attorney, hereby certify that on June 11, 2018, I served the above and foregoing ***Joint Stipulation to Remand Action to the Circuit Court of Cook County, Illinois*** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                                            /s/ J. Eli Wade-Scott